Decided September 12, 2007

## STATE OF CONNECTICUT *v.* THEODORE HAWLEY

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 551 (AC 27466), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided September 12, 2007

## STATE OF CONNECTICUT *v.* JOSEPH G. HILL

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 584 (AC 27512), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Glenn W. Falk*, special public defender, in support of the petition.

*Timothy F. Costello*, special deputy assistant state's attorney, in opposition.

Decided September 12, 2007